# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANDRONIKI GRAY, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. | Case No. 1:24-cv-12362 <br><br> Hon. Steven C. Seeger |

**OPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW
IN SUPPORT OF MOTION TO DISMISS IN EXCESS OF 15 PAGES**

By and through the undersigned counsel and pursuant to Local Rule 7.1, Experian Information Solutions, Inc., ("Experian") moves to file a Memorandum of Law in excess of fifteen pages in support of its upcoming Motion to Dismiss, due on February 26, 2025. In support of this motion, Experian states as follows:

1. On January 27, 2025, Experian filed its Motion to Dismiss Plaintiff's First Amended Complaint with a supporting memorandum of law that was substantively 14 pages and responded to Plaintiff's two claims under the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. ("FCRA"). (ECF No. 13). Experian's prior memorandum, ECF No. 9, relating to Plaintiff's original complaint was substantively 12 pages and responded to Plaintiff's one claim under the FCRA.

2. On February 12, 2025, Plaintiff filed a Second Amended Complaint, reiterating its previous allegations and raising six new claims against Experian. (ECF No. 19). Plaintiff now brings eight claims based on a mixture of state and federal law. These six new claims rest on serious allegations aimed at Experian's counsel's conduct during this litigation.

3. Pursuant to Local Rule 7.1, briefs in support of, or in opposition to, a motion are limited to 15 pages without prior approval of the Court.

4. Accordingly, Experian requests no more than 10 additional pages to fully address these claims and allegations.

5. Plaintiff's counsel has indicated they oppose this request.

WHEREFORE, for the foregoing reasons, Experian respectfully requests that the Court grant this Opposed Motion for Leave to File Memorandum of Law in support of Motion to Dismiss in Excess of 15 Pages.

Dated: February 18, 2025

Respectfully submitted,

<u>By: /s/ Oren R. Depp</u>
Oren Depp
IL Bar No. 6345841
**Jones Day**
110 N. Wacker Dr.
Chicago, IL 60606
T: (312) 269-4208
E: odepp@jonesday.com

*Counsel for Experian Information Solutions, Inc.*